IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ALISHA BAILEY,

        Plaintiff,

vs.

METAL-FAB, INC.,

        Defendant.

Case No.  19-CV-01098-JWB-JPO

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Alisha Bailey and Defendant Metal-Fab, Inc., by and through their respective counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to the dismissal of the above-entitled action and all claims and causes of action therein, with prejudice. Each party shall bear their own costs and attorneys' fees.

Respectfully Submitted,

/s/ Gaye B. Tibbets
Gaye B. Tibbets, #13240
HITE, FANNING & HONEYMAN L.L.P.
100 N. Broadway, Ste. 950
Wichita, KS 67202-2209
Telephone: (316) 265-7741
Facsimile: (316) 267-7803
E-mail: tibbets@hitefanning.com
*Attorneys for Plaintiff*

/s/ Annie K. Calvert
Alan L. Rupe, KS #08914
Annie K. Calvert, KS #27946
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Pkwy., Ste. 150
Wichita, KS  67206
Telephone: (316) 609-7900
Facsimile: (316) 462-5746
E-mail: alan.rupe@lewisbrisbois.com
E-mail: annie.calvert@lewisbrisbois.com
*Attorneys for Defendant*